IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

MICHAEL ANDREW JOHNSON                                                                    PLAINTIFF
ADC #110504

VS.                                          5:19CV00242-BRW

WENDY KELLEY, *et al*.                                                                    DEFENDANTS

## **ORDER**

I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Johnson's timely filed objections and making a *de novo* review of the record, I approve and adopt the proposed Findings and Recommended Disposition in all respects.

Accordingly, the Motion for Summary Judgment filed by Defendants Lawrence, Bennett, and Shell (Doc. No. 49) is GRANTED.

Plaintiff's claims against Defendants Lawrence, Bennett, and Shell are DISMISSED without prejudice for failure to exhaust administrative remedies.

I certifiy, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations would not be taken in good faith.

IT IS SO ORDERED, this 13th day of December, 2019.


                                                      Billy Roy Wilson_____
                                                      UNITED STATES DISTRICT JUDGE