IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**MICHAEL ANDREW JOHNSON**                                                             **PLAINTIFF**
**ADC #110504**

VS.                             **5:19-CV-00242-BRW-JJV**

**WENDY KELLEY**, *et al*.                                                                **DEFENDANTS**

## ORDER

      I have reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Joe J. Volpe. After carefully considering Mr. Johnson's timely filed objections and making a *de novo* review of the record, I approve and adopt the Proposed Findings and Recommended Disposition in all respects.

      Accordingly, Defendants' Motion for Summary Judgment (Doc. No. 180) is GRANTED. Plaintiff's claims against Defendants Kelley and Brown are DISMISSED with prejudice, and this case is DISMISSED.

      I certify, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting these recommendations and the accompanying Judgment would not be taken in good faith.

      IT IS SO ORDERED, this 2nd day of March, 2021.


                                                                             Billy Roy Wilson
                                                                             UNITED STATES DISTRICT JUDGE