# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**MICHAEL ANDREW JOHNSON**                                                    **PLAINTIFF**
**ADC #110504**

**VS.**                                 **5:19-CV-00242-BRW-JJV**

**WENDY KELLEY,** *et al*.                                                    **DEFENDANTS**

## JUDGMENT

Based on the order entered today, this case is DISMISSED with prejudice as to

Defendants Kelly and Brown—without prejudice as to the remaining Defendants.

IT IS SO ORDERED, this 2nd day of March, 2021.


Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE